IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHNNIE CHARLES TOWSON, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4020

Opinion filed January 22, 2015.

Petition for Writ of Prohibition – Original Jurisdiction.

Johnnie Charles Towson, Jr., Petitioner.

Pamela Jo Bondi, Attorney General, and Joshua R. Heller, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.